B6A (Official Form 6A) (12/07)

.

In re     Harley J. Kahn                                                    ,          Case No. _____11-14373_____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Personal Residence:<br>9401 Central Park, Evanston, IL | Tenancy-by-Entirety | J | 292,500.00 | 448,423.48 |

Market Value estimated using zillow.com as of 4/10/11

|  | | |
|---|---|---|
| Sub-Total > | 292,500.00 | (Total of this page) |
| Total > | 292,500.00 | |

  0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    Harley J. Kahn                                              ,    Case No.    11-14373
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | H | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Money Market Account ending in x884, First Equity Bank. Amount stated is Debtor's 1/2 interest. Balance is as of 3/31/11. | J | 7.36 |
| | | Personal checking account ending in x802, Chase Bank | H | 1,417.63 |
| | | Savings account ending in x835, Chase Bank. | H | 0.00 |
| | | Chase Investments account | H | 0.00 |
| | | Minor child's savings account ending in x700, First Equity Bank. Account i/n/o Harley Kahn, Debra Kahn and minor child. Balance as of 3/30/11 is $812.03. | - | 0.00 |
| | | Personal savings account ending in x398, First Equity Bank. Amount stated is Debtor's 1/2 interest. Balance is as of 3/31/11. | J | 1,702.66 |
| | | Minor child's personal certificate of deposit ending in x921, First Equity Bank. Account i/n/o Harley Kahn, Debra Kahn and minor child. Balance as of 3/30/11 is $1,426.17. | - | 0.00 |
| | | Personal cd ending in x498, First Equity Bank. Amount stated is Debtor's 1/2 interest. Balance is as of 3/31/11. | J | 3,029.85 |
| | | Personal savings account ending in x367, First Equity Bank. Amount stated is Debtor's 1/2 interest. Balance is as of 3/31/11. | J | 337.59 |
| | | Personal checking account ending in x644, First Equity Bank. Amount stated is Debtor's 1/2 interest. | - | 3.72 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Sub-Total >          6,698.81
(Total of this page)

  3    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Harley J. Kahn                                                          ,    Case No.    11-14373
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | See attached Rider. Amount stated is Debtor's estimated 1/2 interest. | J | 797.50 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | See attached Rider (estimated) | J | 137.50 |
| 6. Wearing apparel. | | Personal clothing (estimated) | H | 1,200.00 |
| 7. Furs and jewelry. | | Wedding ring - gold band | H | Unknown |
| 8. Firearms and sports, photographic, and other hobby equipment. | | See attached Rider (estimated) | H | 3,150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Genworth Life and Annuity Co. Term Life Insurance policy ending in x5915 | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Signator Investors - IRA.  Balance as of 4/4/11. | H | 19,242.22 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 35% investment interest in 7315 N. St. Louis LLC. Interest is pledged to The Private Bank and Trust Company.  Single asset LLC, mortgage on property is greater than estimated value. | H | 0.00 |
| | | 15% investment interest in 8111 St. Louis LLC. Interest is pledged to The Private Bank and Trust Company.  Single asset LLC, mortgage on property is greater than estimated value. | H | 0.00 |
| | | 25% investment interest in 8100 Monticello LLC. Interest is pledged to The Private Bank and Trust Company.  Single asset LLC, mortgage on property is greater than estimated value. | H | 0.00 |

Sub-Total >        24,527.22
(Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     Harley J. Kahn                                                    ,          Case No.      11-14373
                                                 Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 45% investment interest in 410 Factory Road LLC. Single asset LLC, mortgage on property is greater than estimated value. Property is two vacant buildings. Both buildings have been on the market for sale or lease for approximately 2 years. | H | 0.00 |
| | | 100% interest in REA Commercial Real Estate, LLC. | H | 0.00 |
| | | 100% of REA Investment LLC. REA Investment owns a 4% investment interest in Fidelity Arlington Ridge Investors LLC. Single asset LLC, mortgage on property is greater than estimated value. | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential right to receive refund for 2010. Extension filed - 2010 tax return to be filed by October 2011. Losses potentially available from 2009 for potential carryback. | J | Unknown |

                                                                              Sub-Total >            0.00
                                                                            (Total of this page)

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Harley J. Kahn                                                    ,        Case No.    11-14373
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Toyota 4 Runner SR5 Sport Utility 4D with 130,000 miles; Market Value estimated by using Kelly Blue Book | H | 6,050.00 |
| | | 2007 Volkswagen Passat 3.6 Wagon 4D with 31,000 miles; Market Value estimated by using Kelly Blue Book | H | 18,350.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | 24,400.00 |
| (Total of this page) | |
| Total > | 55,626.03 |

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

Rider to Schedule B

| Items | | Est. Total Value | Joint or Debtor only? | Schedule B No. |
|---|---|---|---|---|
| tools | | $250.00 | Joint | 4 |
| lawnmower | | $100.00 | Joint | 4 |
| snowblower | | $50.00 | Joint | 4 |
| couches | | $200.00 | Joint | 4 |
| chairs | | $100.00 | Joint | 4 |
| dining table /chairs | | $150.00 | Joint | 4 |
| reptile tanks | | $50.00 | Joint | 4 |
| kitchen appliances | | $100.00 | Joint | 4 |
| beds | | $200.00 | Joint | 4 |
| desk | | $25.00 | Joint | 4 |
| tvs | | $200.00 | Joint | 4 |
| computer | | $100.00 | Joint | 4 |
| extra tables and chairs | | $50.00 | Joint | 4 |
| file cabinets | | $20.00 | Joint | 4 |
| | Subtotal | $1,595.00 | | |
| | | | | |
| books | | $100.00 | Joint | 5 |
| cd's | | $100.00 | Joint | 5 |
| stereo | | $25.00 | Joint | 5 |
| ipod | | $50.00 | Joint | 5 |
| | Subtotal | $275.00 | | |
| | | | | |
| bikes | | $1,200.00 | Debtor | 8 |
| Gun - Mossberg 500* | | $225.00 | Debtor | 8 |
| Bushmaster Carbon ** | | $600.00 | Debtor | 8 |
| fishing equipment | | $750.00 | Debtor | 8 |
| camping | | $750.00 | Joint | 8 |
| | Subtotal | $3,525.00 | | |

*Value estimated using gunsamerica.com

**Value estimated using hyattgunstore.com

B6C (Official Form 6C) (4/10)

In re    Harley J. Kahn                                              , Case No.    11-14373
_____
                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** Personal Residence: 9401 Central Park, Evanston, IL | 735 ILCS 5/12-901 Tenancy by the Entirety | 15,000.00 | 292,500.00 |
| Market Value estimated using zillow.com as of 4/10/11 | | | |
| **Cash on Hand** Cash | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** Personal cd ending in x498, First Equity Bank. Amount stated is Debtor's 1/2 interest. Balance is as of 3/31/11. | 735 ILCS 5/12-1001(b) | 3,029.85 | 3,029.85 |
| **Household Goods and Furnishings** See attached Rider. Amount stated is Debtor's estimated 1/2 interest. | 735 ILCS 5/12-1001(b) | 400.00 | 797.50 |
| **Wearing Apparel** Personal clothing (estimated) | 735 ILCS 5/12-1001(a) | 1,200.00 | 1,200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** See attached Rider (estimated) | 735 ILCS 5/12-1001(b) | 370.15 | 3,150.00 |
| **Interests in Insurance Policies** Genworth Life and Annuity Co. Term Life Insurance policy ending in x5915 | 735 ILCS 5/12-1001(f) | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** Signator Investors - IRA.  Balance as of 4/4/11. | 735 ILCS 5/12-1006 | 19,242.22 | 19,242.22 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2001 Toyota 4 Runner SR5 Sport Utility 4D with 130,000 miles; Market Value estimated by using Kelly Blue Book | 735 ILCS 5/12-1001(c) | 2,400.00 | 6,050.00 |
| **Other Exemptions** Debtor's Residence held as tenancy by the entirety | 11 U.S.C. § 522(b)(3)(B) ; 750 ILCS 65/22; 765 ILCS 1005/1c; 765 ILCS 1005/2(d); 735 ILCS 5/12-112 | 292,500.00 | 292,500.00 |
| | Total: | 334,342.22 | 618,669.57 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Harley J. Kahn                                                          Case No. ___11-14373___
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. 2945<br><br>Chase Bank<br>4200 Dempster Street<br>Skokie, IL 60076 | | - | | | June 2003<br>First Mortgage<br>Personal Residence:<br>9401 Central Park, Evanston, IL<br>Market Value estimated using zillow.com as of 4/10/11 | X | | | | |
| | | | | | Value $                    292,500.00 | | | | 262,147.00 | 0.00 |
| Account No. 9045<br><br>First Equity Bank<br>3956 Dempster Street<br>Skokie, IL 60076 | | - | | | Home Equity Line of Credit<br><br>Personal Residence:<br>9401 Central Park, Evanston, IL<br>Market Value estimated using zillow.com as of 4/10/11 | X | X | | | |
| | | | | | Value $                    292,500.00 | | | | 186,276.48 | 155,923.48 |
| Account No.<br><br>VW Credit<br>P.O. Box 17497<br>Baltimore, MD 21297-1497 | | - | | | July 2009<br><br>Auto loan<br><br>2007 Volkswagen Passat 3.6 Wagon 4D with 31,000 miles; Market Value estimated by using Kelly Blue Book | X | | | | |
| | | | | | Value $                     18,350.00 | | | | 21,822.84 | 3,472.84 |
| Account No.<br><br><br><br> | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__   continuation sheets attached | Subtotal<br>(Total of this page) | 470,246.32 | 159,396.32 |
| | Total<br>(Report on Summary of Schedules) | 470,246.32 | 159,396.32 |

B6E (Official Form 6E) (4/10)

In re    Harley J. Kahn                                                                    Case No.        11-14373
                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

           1    continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    Harley J. Kahn _____ ,    Case No. ___11-14373_____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Cook County Treasurer 118 N. Clark Street, Suite 112 Chicago, IL 60602 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Addison, IL 60101 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Illinois Dept. of Employment Security Benefit Payment Control Division P.O. Box 4385 Chicago, IL 60680 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Internal Revenue Service Special Procedures Branch 230 S. Dearborn, Suite 3030A Attn: STOP 5010-CHI Chicago, IL 60604 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Internal Revenue Service Department of the Treasury Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re   Harley J. Kahn                                                    ,   Case No. _____11-14373_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.**  Akiba Schechter Jewish Day School 5235 S. Cornell Avenue Chicago, IL 60615-4211 | | - | | | Tuition - Unpaid balance for 2009-2010 school year | | | | 2,878.85 |
| **Account No.**  Albany Bank and Trust 4100 W. Lawrence Avenue Chicago, IL 60630 | X | - | | | Personal guaranty - property owned by 7315 N. St. Louis LLC | X | X | X | 1,836,498.00 |
| **Account No.**  Albany Bank and Trust 4100 W. Lawrence Avenue Chicago, IL 60630 | X | - | | | Personal guaranty - property owned by 8111 St. Louis LLC | X | X | X | 3,271,626.00 |
| **Account No.**  Albany Bank and Trust 4100 W. Lawrence Avenue Chicago, IL 60630 | X | - | | | Personal guaranty - property owned by 7315 N. St. Louis LLC | X | X | X | 750,000.00 |

_5_   continuation sheets attached

Subtotal
(Total of this page)

5,861,002.85

B6F (Official Form 6F) (12/07) - Cont.

In re   Harley J. Kahn _____ ,    Case No. ____11-14373_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Albany Bank and Trust <br> 4100 W. Lawrence Avenue <br> Chicago, IL 60630 | X | - | Personal guaranty - property owned by 8111 St. Louis LLC | X | X | X | 750,000.00 |
| Account No. <br><br> Albany Bank and Trust <br> 4100 W. Lawrence Avenue <br> Chicago, IL 60630 | X | - | 8/18/08 <br> Personal guaranty - property owned by 410 Factory LLC (vacant lot) | X | X | X | 975,202.00 |
| Account No. xxx-xxx-xxxx-3967 <br><br> AT&T <br> P.O. Box 8100 <br> Aurora, IL 60507 | | - | Office phone monthly bill | | | | 105.00 |
| Account No. <br><br> Baruch Schur <br> 7247 N. St. Louis <br> Skokie, IL 60076 | | - | 10/22/10 <br><br> Obligor pursuant to Reimbursement Agreement dated November 2007.  Property located at 3800 Hawthorne and owned by single asset LLC was sold in a short sale.  Deficiency determined as of 10/22/10. | | X | X | 212,500.00 |
| Account No. x6273 <br><br> Chase Credit <br> PO Box 15153 <br> Wilmington, DE 19886 | | - | Credit card used for business expenses.  Balance may be slightly higher.  Chase has removed access to online statement. | | X | X | 4,751.04 |

Sheet no. _1_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            1,942,558.04

B6F (Official Form 6F) (12/07) - Cont.

In re    Harley J. Kahn                                                    Case No.    11-14373
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Comcast <br> P.O. Box 3001 <br> Southeastern, PA 19398-3001 | | - | | | | | X | 0.00 |
| Account No. xxxxxx0012 <br><br> ComEd <br> P.O. Box 6111 <br> Carol Stream, IL 60197 | | | | Meter read on 4/4/11.  Account is for personal residence. | | | | 160.44 |
| Account No. <br><br> Greystone Holdings LLC <br> 7247 St. Louis <br> Skokie, IL 60076 | | - | | Promissory Note regarding 7315 N. St. Louis | | X | X | 57,454.00 |
| Account No. <br><br> Greystone Holdings LLC <br> 7247 St. Louis <br> Skokie, IL 60076 | | - | | Promissory Note regarding 410 Factory Road | | X | X | 75,000.00 |
| Account No. <br><br> Greystone Holdings LLC <br> 7247 St. Louis <br> Skokie, IL 60076 | | - | | 9/1/06 <br> Related to property located at 8100 Monticello. | | X | X | 90,000.00 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

222,614.44

B6F (Official Form 6F) (12/07) - Cont.

In re   Harley J. Kahn                                                    Case No.    11-14373
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Greystone Holdings LLC<br>7247 St. Louis<br>Skokie, IL 60076 | - | | Loan related to 3800 Hawthorne | | | | 50,000.00 |
| Account No.<br><br>Lifetime Fitness<br>5300 Old Orchard Road<br>Skokie, IL 60077 | - | | | | | X | 100.00 |
| Account No.<br><br>NICOR<br>P.O. Box 2020<br>Aurora, IL 60507-2020 | - | | | | | X | 0.00 |
| Account No.<br><br>Pinnacle Management Services<br>514 Market Loop, Suite 103<br>West Dundee, IL 60118 | - | | | | | X | 196.42 |
| Account No.<br><br>Private Bank and Trust<br>5260 Old Orchard Road<br>Skokie, IL 60077 | - | | Litigation ongoing | | X | X | 511,875.00 |

Sheet no.   3   of   5   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

562,171.42

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Harley J. Kahn                                              Case No. ____11-14373____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Rick Merel <br> Garfield and Merel Ltd. <br> Two Prudential Plaza <br> 180 N. Stetson Avenue, Suite 1300 <br> Chicago, IL 60601-6710 | | - | | | | | 3,000.00 |
| Account No. <br><br> Roycemore School <br> 640 Lincoln Street <br> Evanston, IL 60201-4211 | | - | August 2010 <br> Tuition for minor child - unpaid balance for 2011 school year | | | | 6,405.77 |
| Account No. xxxxx 2010 <br><br> Solomon Schechter Jewish Day School <br> 9301 Gross Point Road <br> Skokie, IL 60076 | | - | Tuition for minor child - unpaid balance for 2011 school year | | | | 2,240.00 |
| Account No. xxxxx0907 <br><br> T-Mobile <br> P.O. Box 742596 <br> Cincinnati, OH 45274 | | - | Monthly bill | | | | 195.00 |
| Account No. <br><br> Union National Bank <br> 101 E. Chicago Street <br> Elgin, IL 60120 | X | - | Personal guaranty - 8100 Monticello LLC | X | X | X | 2,533,451.07 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 2,545,291.84 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Harley J. Kahn                                        Case No. ___11-14373___
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | X | |
| University Ophthalmology Associates, Ltd 75 Remittance Drive, Dept. 1283 Chicago, IL 60675-1283 | | | | | | | 360.00 |
| Account No. xxxxx-x4606 | | - | | | | | |
| Village of Skokie Water Department P.O. Box 309 Skokie, IL 60076-0309 | | | | | | | 56.15 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 416.15 |
| Total (Report on Summary of Schedules) | 11,134,054.74 |

B6G (Official Form 6G) (12/07)

In re    Harley J. Kahn                                                            Case No.    11-14373
                                                        ,
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                     Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    Harley J. Kahn                                                                    Case No.    11-14373
                                              Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 410 Factory Road LLC<br>410 Factory Road<br>Addison, IL 60101 | Albany Bank and Trust<br>4100 W. Lawrence Avenue<br>Chicago, IL 60630 |
| 7315 N. St. Louis LLC<br>7315 N. St. Louis<br>Skokie, IL 60076 | Albany Bank and Trust<br>4100 W. Lawrence Avenue<br>Chicago, IL 60630 |
| 7315 N. St. Louis LLC<br>7315 N. St. Louis<br>Skokie, IL 60076 | Albany Bank and Trust<br>4100 W. Lawrence Avenue<br>Chicago, IL 60630 |
| 8111 St. Louis LLC<br>7247 St. Louis Ave.<br>Skokie, IL 60076-4047 | Albany Bank and Trust<br>4100 W. Lawrence Avenue<br>Chicago, IL 60630 |
| 8111 St. Louis LLC<br>7247 St. Louis<br>Skokie, IL 60076 | Albany Bank and Trust<br>4100 W. Lawrence Avenue<br>Chicago, IL 60630 |
| Baruch Schur<br>7247 N. St. Louis<br>Skokie, IL 60076 | Albany Bank and Trust<br>4100 W. Lawrence Avenue<br>Chicago, IL 60630 |
| Baruch Schur<br>7247 N. St. Louis<br>Skokie, IL 60076 | Albany Bank and Trust<br>4100 W. Lawrence Avenue<br>Chicago, IL 60630 |
| Baruch Schur<br>7247 N. St. Louis<br>Skokie, IL 60076 | Union National Bank<br>101 E. Chicago Street<br>Elgin, IL 60120 |
| Baruch Schur<br>7247 N. St. Louis<br>Skokie, IL 60076 | Albany Bank and Trust<br>4100 W. Lawrence Avenue<br>Chicago, IL 60630 |
| Baruch Schur<br>7247 N. St. Louis<br>Skokie, IL 60076 | Albany Bank and Trust<br>4100 W. Lawrence Avenue<br>Chicago, IL 60630 |
| Baruch Schur<br>7247 N. St. Louis<br>Skokie, IL 60076 | Albany Bank and Trust<br>4100 W. Lawrence Avenue<br>Chicago, IL 60630 |
| Greystone Holdings LLC<br>7247 St. Louis<br>Skokie, IL 60076 | Albany Bank and Trust<br>4100 W. Lawrence Avenue<br>Chicago, IL 60630 |

   1

    _____ continuation sheets attached to Schedule of Codebtors

In re    Harley J. Kahn _____ ,    Case No. ___11-14373_____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Greystone Holdings LLC<br>7247 St. Louis<br>Skokie, IL 60076 | Union National Bank<br>101 E. Chicago Street<br>Elgin, IL 60120 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   Harley J. Kahn _____      Case No.   11-14373 _____

_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Daughter | AGE(S):<br>11<br>9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Manager/Owner | Housewife |
| Name of Employer | REA Commercial Real Estate, LLC | |
| How long employed | 6 years | |
| Address of Employer | 7247 St. Louis<br>Skokie, IL 60076 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 7,610.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 7,610.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 800.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 800.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 6,810.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance | | |
| (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
| (Specify): Compensation from 8111 St. Louis LLC | $ 750.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 750.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 7,560.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 7,560.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re __Harley J. Kahn_____ Case No. ___11-14373_____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,678.00 |
|   a. Are real estate taxes included?     Yes ____     No _X_ | | |
|   b. Is property insurance included?     Yes ____     No _X_ | | |
| 2. Utilities:     a. Electricity and heating fuel | | $ 290.00 |
|              b. Water and sewer | | $ 20.00 |
|              c. Telephone | | $ 208.00 |
|              d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 150.00 |
| 4. Food | | $ 200.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 75.00 |
| 7. Medical and dental expenses | | $ 870.00 |
| 8. Transportation (not including car payments) | | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 175.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | | $ 167.00 |
|              b. Life | | $ 56.00 |
|              c. Health | | $ 1,010.00 |
|              d. Auto | | $ 150.00 |
|              e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify)   Real estate tax on personal residence | | $ 675.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|              a. Auto | | $ 605.00 |
|              b. Other   See Detailed Expense Attachment | | $ 3,501.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
|      Other _____ | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ 10,930.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: _____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | | $ 7,560.00 |
| b.   Average monthly expenses from Line 18 above | | $ 10,930.00 |
| c.   Monthly net income (a. minus b.) | | $ -3,370.00 |

B6J (Official Form 6J) (12/07)

In re   Harley J. Kahn
_____
Debtor(s)

Case No.   11-14373
_____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | | |
|---|---|---:|
| Roycemore School (minor child) | $ | 681.00 |
| Solomon Schechter Jewish Day School | $ | 420.00 |
| Interest payment Private Bank LOC | $ | 2,400.00 |
| **Total Other Installment Payments** | $ | 3,501.00 |